IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Civil Action No. 7:18-cv-79-D

**SOHO WILMINGTON LLC,**

    **Plaintiff,**

v.

**ORDER**

**SCP-EW RIVER PLACE, LLC,**

**and**

**BARNHILL CONTRACTING COMPANY,**

    **Defendants.**

THIS MATTER comes before the undersigned upon Plaintiff SOHO Wilmington LLC's ("Plaintiff") Motion to Excuse Local Civil Rule 83.1(d) Counsel for Plaintiff from Trial ("Motion"). It appearing that good cause exists for granting such relief, IT IS, THEREFORE, ORDERED that Plaintiff's Motion is GRANTED and Daniel F. Basnight, Esq. is EXCUSED from attending trial in this matter.

SO ORDERED. This the 4 day of May, 2021.

                                                  JAMES C. DEVER III
                                                United States District Judge